UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

NO. CIV. S-03-1210 LKK/GGH

        Plaintiff,

   v.                                 O R D E R

REAL PROPERTY LOCATED AT
2463 PINNACLES DRIVE,
ROCKLIN, CALIFORNIA,

        Defendant.
_____/

    The court is in receipt of correspondence from Mr. Eric Nakano, counsel for claimant, Darin Downs.  Counsel explains that he has not been able to obtain the notarized signature of his client, Darin Downs, and his wife, Christie Downs.

////

////

////

////

////

1

1  Good cause appearing, the court hereby grants counsel thirty
2  (30) additional days from the date of this order to obtain these
3  signatures and to file the stipulation disposing of the case.
4  IT IS SO ORDERED.
5  DATED: August 24, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT